IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER SPRAGGINS, ) | No. C 09-05483 JW (PR) |
| Petitioner, ) | ORDER TO SHOW CAUSE |
| vs. ) | |
| ROBERT K. WONG, Warden, ) | |
| Respondent. ) | |

Petitioner, a California inmate at San Quentin State Prison proceeding pro se, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the 2008 decision by the Board of Parole Hearings (the "Board") finding petitioner unsuitable for parole. Petitioner has paid the filing fee.

**BACKGROUND**

According to the petition, petitioner was convicted by a jury in Contra Costa County Superior Court of first degree murder and use of a deadly weapon. Petitioner was sentenced to a term of 25 years-to-life with a one year enhancement in state prison on February 20, 1986. On April 16, 2008, the Board found petitioner unsuitable for

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.09\Spraggins05483_osc(parole).wpd

parole after his third parole consideration hearing. Petitioner challenged the Board's decision by filing habeas petitions in the state courts. The California Supreme Court denied the petition on October 28, 2009. Petitioner filed the instant federal petition on November 18, 2009.

## DISCUSSION

**A.    Standard of Review**

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

**B.    Petitioner's Claims**

Petitioner seeks federal habeas corpus relief from the Board's April 16, 2008 decision finding him unsuitable for parole on the grounds that his due process rights were violated when the Board denied parole without "some evidence." Liberally construed, petitioner's claim appears cognizable under § 2254 and merits an answer from respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1.    The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

2.    Respondent shall file with the court and serve on petitioner, within **sixty**

1 **(60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of
2 the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus
3 should not be issued.  Respondent shall file with the answer and serve on petitioner a
4 copy of all portions of the state trial record that have been transcribed previously and
5 that are relevant to a determination of the issues presented by the petition.

6       If petitioner wishes to respond to the answer, he shall do so by filing a traverse
7 with the court and serving it on respondent within **thirty (30) days** of his receipt of the
8 answer.

9       3.    Respondent may file a motion to dismiss on procedural grounds in lieu of
10 an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules
11 Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall file
12 with the court and serve on respondent an opposition or statement of non-opposition
13 within **thirty (30) days** of receipt of the motion, and respondent shall file with the court
14 and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

15       4.    Petitioner is reminded that all communications with the court must be
16 served on respondent by mailing a true copy of the document to respondent's counsel.
17 Petitioner must also keep the court and all parties informed of any change
18 of address.

20 DATED:  March 30, 2010

JAMES WARE
United States District Judge

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.09\Spraggins05483_osc(parole).wpd     3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER SPRAGGINS,<br><br>        Petitioner,<br><br>  v.<br><br>ROBERT K. WONG, Warden,<br><br>        Respondent. | Case Number: CV09-05483 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  3/31/2010 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lester Spraggins D-26815
San Quentin State Prison
San Quentin, CA 94974


Dated:  3/31/2010

                                         Richard W. Wieking, Clerk
                                  /s/ By: Elizabeth Garcia, Deputy Clerk