1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LESTER SPRAGGINS,                    )      No. C 09-05483 JW (PR)
                                          )
12            Petitioner,                 )      ORDER DENYING HABEAS PETITION;
                                          )      DENYING CERTIFICATE OF
13       vs.                              )      APPEALABILITY
                                          )
14                                        )
     ROBERT K. WONG, Warden,              )
15                                        )
              Respondent.                 )
16                                        )
                                          )
17   _____       )

18           This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C.

19   § 2254.  The petition is directed to a denial of parole.

20

21                              **BACKGROUND**

22           Petitioner was convicted by a jury in Contra Costa County Superior Court of first

23   degree murder and use of a deadly weapon.  He was sentenced to a term of 25 years-to-

24   life with a one year enhancement.  On April 16, 2008, the Board of Parole Hearings

25   ("Board") found him unsuitable for parole after his third parole consideration hearing.

26   Petitioner challenged the Board's decision by filing habeas petitions in the state courts; all

27   were denied.  Petitioner then filed this federal petition.

28

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

**DISCUSSION**

The only issue in this case is Petitioner's claim that the parole denial was not supported by "some evidence."   The United States Supreme Court has recently held that "[i]n the context of parole . . . the procedures required [by the due process clause] are minimal . . . an opportunity to be heard and . . . a statement of the reasons why parole was denied . . . '[t]he Constitution . . . does not require more." <u>Swarthout v. Cooke</u>, 131 S.Ct. 859, 862 (2011).  That is, there is no due process requirement that a parole denial be supported by "some evidence."  The petition therefore is without merit.

**CONCLUSION**

For the reasons set forth above, the petition for a writ of habeas is DENIED.

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability ("COA") under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists" would find the district court's assessment of the constitution claims debatable or wrong.  <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

DATED:  April 26, 2011

_____
JAMES WARE
United States District Chief Judge